IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **The UNITED STATES OF AMERICA** ) | CASE #: 1:12-cr-10317-GAO | |
| ) | | |
| ) | **COURT: Hon. George O'Toole** | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| RYAN MANZANILLA ) | | |
| Defendant ) | | |

## MOTION TO FILE UNDER SEAL

NOW COMES the Defendant, Ryan Manzanilla, who requests to file a separately submitted document under seal. Specifically, the Defendant's Memorandum in Aid of Sentencing as it contains information which should not be a part of the public record. The request is made in good faith after a thorough review of the docket, the Defendant's needs, and the public interest.

Mr. Manzanilla anticipates to file the Defendant's Memorandum in Aid of Sentencing by the close of business of June 6, 2013, at the latest.

WHEREFORE, the Defendant requests the court to allow this motion.

Respectfully Submitted:

RYAN MANZANILLA
By and through his Attorney:
By: */s/ Jerod Gunsberg*
Jerod Gunsberg, California State Bar No. 260219
Jgunsberg@gunsberglaw.com
Law Offices of Jerod Gunsberg
433 N. Camden Drive, Suite 600
Beverly Hills, CA  92010
P#: 310-210-0744
F#: 310-496-3011

1

Dated: June 3, 2013

### **CERTIFICATE OF SERVICE**

I, Jerod Gunsberg, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

*/s/ Jerod Gunsberg*
Jerod Gunsberg